# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

# RICHMOND DIVISION

In re:  Paul Edward Hubbard                                    Case Number: 05-39077
       Candice Sheffield Hubbard                           Chapter :  13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

**Paul Edward Hubbard**                                        **Amount of Dividend**
**Candice Sheffield Hubbard**                              **$ 0.39**
**213 Exeter Avenue**
**Petersburg, VA  23805**

Dated: **July 30, 2010**                                     \S\ Robert E. Hyman
                                                                                 **(Signature of Trustee)**

                                                                                 **Robert E. Hyman**
                                                                                  **Standing Chapter 13 Trustee**
                                                                                  **P.O. Box 1780**
                                                                                  **Richmond, VA. 23218-1780**